# United States District Court
## CRIMINAL MINUTES - SENTENCING

| | | | | |
|---|---|---|---|---|
| Time Commenced | 9:08 am | | Case No. | 3:23-cr-00017-MCR |
| Time Concluded | 9:52 am | | Date | July 26, 2023 |

**DOCKET ENTRY:  SENTENCING HEARING for Defendant KATHRYN DREY.**

Sentence imposed as to Count 1 of the Indictment; Probation for a total period of 6 months; fine $500, and SMA of $100 (due immediately). SEE FORMAL JUDGMENT.

PRESENT:    HONORABLE    **M. CASEY RODGERS**    U.S. DISTRICT JUDGE

| Lauren Castaldo & Nicholas Cannon | Benjamin Pearce for Zachary Link | Donna Boland | Barbara Rogers |
|---|---|---|---|
| Asst U. S. Attorney | Probation Officer | Court Reporter | Deputy Clerk |

**U.S.A v DEFENDANT LISTED BELOW**

(1) **KATHRYN DREY**

✓ Present   ___ Custody   ✓ O/R

**ATTORNEY FOR DEFENDANT**

(1) **R TIMOTHY JANSEN**

✓ Present   ___ Appointed   ✓ Retained

**PROCEEDINGS:**

- ✓ DEFT has read the presentence investigation (PSR) report and has discussed it with her attorney.
- ✓ DEFT adjudicated Guilty of Count: 1    SENTENCE IMPOSED:
- ✓ Probation for a period of 6 months.

**With the following special conditions or modifications:**

- ___ DEFT shall provide requested financial information to the U.S. Probation Officer.
- ___ DEFT must not transfer or dispose of any asset, or interest in any asset, without the prior approval of the supervising probation officer.
- ✓ DEFT is NOT subject to drug testing–this condition is suspended based upon the Court's determination.
- ✓ DEFT shall submit to standard search of their person, property, house, vehicle, papers, computers by USPO.
- ✓ ADDITIONAL TERMS: Fine to be paid within 30 days, interest on fine is waived
- ✓ FINE PAYMENT:   ✓ Fine $500    Restitution $    ✓ SMA OF $100 due immediately

**Other:**

- ✓ Plea Date:  March 28, 2023
- ✓ Court informs Deft of right to appeal.
- ___ ___ Deft requests that the Clerk of Court file a notice of appeal on his/her behalf.
- ✓ NO FORFEITURE    ___ NOTICE OF COMPLETED ADMINISTRATIVE FORFEITURE filed: (doc. ___)